# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NYAJIA WILLIAMS

VERSUS

ALVIN WHITE, JR.

NO.  2025 CW 0786

**OCTOBER 23, 2025**

---

In Re:    Alvin White, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202317310.

---

BEFORE:    **THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's May 12, 2025 judgment is an appealable judgment. <u>See</u> La. Code Civ. P. arts. 1915(A)(6) and 3943. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to defendant, Alvin White, Jr., pursuant to his notice of intent to seek supervisory writs. <u>See</u> **In Re Howard,** 541 So.2d 195 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

                    MRT
                    AHP
                    KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT